FILED
2013 OCT 11 AM 11: 44
CLERK US DISTRICT COURT
CENTRAL DIST OF CALIF.
LOS ANGELES

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2013 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>SINH VINH NGO NGUYEN,<br>   aka "Hasan Abu Omar<br>   Ghannoum,"<br><br>        Defendant. | CR No. 13- CR13-0736<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 1542: Making a False Statement on a Passport Application; 18 U.S.C. § 2339B: Attempting to Provide Material Support to a Designated Foreign Terrorist Organization] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 1542]

On or about August 23, 2013, in Los Angeles County, within the Central District of California, and elsewhere, defendant SINH VINH NGO NGUYEN ("NGUYEN"), also known as ("aka") "Hasan Abu Omar Ghannoum," willfully and knowingly made a false statement in an application for a passport with intent to induce and secure for his own use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant

to such laws, in that in such application defendant NGUYEN made false statements about his name, his date of birth, his place of birth, his parents' names, his parents' places of birth, and falsely answered "no" to whether he had ever applied for or been issued a U.S. Passport Book.

Defendant NGUYEN committed this offense to facilitate an act of international terrorism, as defined in Title 18, United States Code, Section 2331, namely, an act that: (1) is violent and dangerous to human life that is a violation of the criminal laws of the United States or of any State if committed within the jurisdiction of the United States or of any State; (2) appears to be intended to intimidate or coerce a civilian population, or influence the policy of a government by intimidation or coercion, or affect the conduct of a government by mass destruction, assassination, or kidnapping; and (3) occurs primarily outside the territorial jurisdiction of the United States.

COUNT TWO

[18 U.S.C. § 2339B]

On or about October 11, 2013, in Orange County, within the Central District of California, and elsewhere, defendant SINH VINH NGO NGUYEN, also known as ("aka") "Hasan Abu Omar Ghannoum," a national of the United States, knowingly attempted to provide material support and resources, that is, services and personnel, namely himself, to work under the direction and control of al-Qaida, which had been designated by the Secretary of State as a foreign terrorist organization since on or about October 8, 1999, knowing that al-Qaida had been designated as a

//
//
//

foreign terrorist organization, and knowing that al-Qaida had engaged in, and was engaging in, terrorist activity and terrorism.

A TRUE BILL

/S/
Foreperson

ANDRÉ BIROTTE JR.
United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Section

JUDITH A. HEINZ
Assistant United States Attorney
Deputy Chief, National Security Section

DEIRDRE Z. ELIOT
Assistant United States Attorney
National Security Section