1                    **UNITED STATES DISTRICT COURT**

2          **CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

3             **HONORABLE JOHN F. WALTER, U.S. DISTRICT JUDGE**

4

5    **UNITED STATES OF AMERICA,**          )
                                            )
6                    **Plaintiffs,**        )    **Case No.**
                                            )
7              **Vs.**                      )    **CR 13–736–JFW**
                                            )
8    **SINH VINH NGO NGUYEN,**              )
                                            )
9                    **Defendant.**         )
     ───────────────────────────────────── )

10

11

12
                        **REPORTER'S TRANSCRIPT OF**
13                         **MOTION TO QUASH**
                     **WEDNESDAY, NOVEMBER 27, 2013**
14                          **10:01 A.M.**
                       **LOS ANGELES, CALIFORNIA**
15

16

17

18

19

20

21

22    ─────────────────────────────────────────────────────

23              **MIRANDA ALGORRI, CSR 12743, CRR**
                FEDERAL OFFICIAL COURT REPORTER
24             312 NORTH SPRING STREET, ROOM 435
                LOS ANGELES, CALIFORNIA 90012
25                 MIRANDAALGORRI@GMAIL.COM


**UNITED STATES DISTRICT COURT**

1             **APPEARANCES OF COUNSEL:**

2

3  **FOR THE PLAINTIFF:**

4     ANDRE BIROTTE, JR.
     United States Attorney
5     BY:  JUDITH A. HEINZ
     Assistant United States Attorney
6     United States Courthouse
     312 North Spring Street
7     Los Angeles, California 90012

8

9  **FOR THE DEFENDANT:**

10    SEAN K. KENNEDY
     Federal Public Defender
11    BY:  ASHFAQ G. CHOWDHURY
     Deputy Federal Public Defender
12    Central District of California
     321 East Second Street
13    Los Angeles, California 90012
     (213) 894-2854

14

15

16

17

18

19

20

21

22

23

24

25

               **UNITED STATES DISTRICT COURT**

```
 1              LOS ANGELES, CALIFORNIA; WEDNESDAY, NOVEMBER 27, 2013
                              10:01 A.M.
 2                               ---
 3              THE CLERK:  Calling CR 13-736-JFW, United States of
 4    America versus Sinh Vinh Ngo Nguyen.
 5          Counsel, please state your appearance.
 6              MS. HEINZ:  Good morning, Your Honor.  Judith Heinz
 7    on behalf of the United States.  With me at counsel table is
 8    Jordan Rund, associate counsel for the United States
 9    Citizenship and Immigration Services.
10              MR. RUND:  Good morning, Your Honor.
11              MR. CHOWDHURY:  Ashfaq Chowdhury on behalf of
12    Mr. Nguyen.  I'm here with -- by myself.  There's no other
13    counsel at the table.  Ms. Cader made the previous appearance.
14              THE COURT:  Okay.  But your client is here.
15              MR. CHOWDHURY:  Yes.
16              THE COURT:  All right.  This matter is on the
17    Court's calendar for the Government's motion to quash which was
18    served on the Office of the General Counsel for the United
19    States -- well, the subpoena was directed to the United States
20    Customs and Immigration Services; but as I understand from the
21    Government's motion, that entity does not exist and the proper
22    entity is the United States Citizenship and Immigration
23    Services.  I guess that was the old INS.
24              MS. HEINZ:  Sort of, Your Honor, yes.  At least,
25    yeah, that's part of the agencies that came from INS, yes.
```

1          THE COURT:  That was the whole Homeland Security --

2     in the old days, it used to be the INS.

3          MS. HEINZ:  Yes.

4          THE COURT:  If I resort to that, you'll know what I

5     mean because I was used to calling it that.  But in any event,

6     the Court granted the Government's ex parte application for an

7     order shortening time and set a briefing schedule which the

8     parties have complied with and a hearing for this morning.  And

9     I also entered an order that the general counsel would not have

10    to respond to the subpoena until after the Court ruled on the

11    Government's motion.

12         Opposing the Government's motion, the defendant has made

13    an in camera filing which is reflected by the notice of manual

14    filing which was -- appears on the docket to have been filed on

15    November 22nd and appears as document no. 62.  That document

16    was filed this morning; so it bears a file date.  The in camera

17    document will bear a file date of November 27, 2013.

18         The Court also granted the Government's ex parte

19    application to file Exhibit A which was the actual subpoena to

20    its motion under seal; and that was filed on November 20, 2013,

21    and appears as document no. 61 although I'm not sure of that.

22         I've reviewed all of the pleadings, and I'll hear argument

23    of counsel.  However, before doing so, since I anticipate that

24    we're going to be faced with these issues during the course of

25    this trial -- and by issues, I'm referring to the Rule 17(c)

```
 1    subpoenas -- I think it would be helpful to engage this morning
 2    in a conversation or a discussion as we move forward in this
 3    case as to parties, specifically counsels' views of Rule 17(c);
 4    and I'm particularly interested in the public defender's view
 5    or practice in relationship to Rule 17(c) subpoenas.  So if you
 6    wouldn't mind approaching the lectern, I have a number of
 7    questions.
 8              MR. CHOWDHURY:  Yes, Your Honor.
 9              THE COURT:  The first of which goes to this motion,
10    and the Government has raised this in the motion, and it points
11    to an in camera filing which it believes was the filing that
12    was made by the defense in connection with the issuance of the
13    Rule 17(c) subpoena.  I can advise the Government that it was
14    not the filing which leads me to the question of did you file
15    an application for the issuance of the 17(c) subpoena that is
16    the subject of this motion.
17              MR. CHOWDHURY:  Your Honor, I spoke to our
18    investigator Victor Gomez who filled out and served the
19    subpoena, and I also talked to various investigators about the
20    general practice in the office.  And when there's a subpoena to
21    be served, generally the investigator and/or paralegal get the
22    subpoena, fill it out, and simply serve it.  This one, as the
23    Court notes, is not ex parte.  There's nothing in camera,
24    nothing like that about it.  It was what in our practice is a
25    relatively standard subpoena.
```

**UNITED STATES DISTRICT COURT**

1      In advance of the subpoena being served, there was a

2  conversation between Victor Gomez and the general counsel.

3  General counsel advised Mr. Gomez that he would take a look at

4  the subpoena and then be in touch with Ms. Heinz to discuss the

5  response.

6      But my understanding is, Your Honor, is that the

7  investigators or paralegals will simply obtain the subpoena,

8  the blank subpoena.  I don't believe that there's an

9  application that they make to get a blank subpoena to fill out

10  and serve in relation to a case.

11          THE COURT:  Well, but there's a distinction because

12  we're dealing with a 17(c) subpoena which is a subpoena for

13  the -- which directs the subpoena party to produce documents.

14  We're not dealing with a -- and to produce documents prior to

15  trial.  The only way that I can see that the public defender

16  has the authority to issue a blank subpoena is pursuant to

17  Rule 17(b) which is the trial subpoena; and our local rule

18  provides that -- and even then, because of the nature of the --

19  because the defendant in this case is represented by the public

20  defender, even then for a trial subpoena, the Local Rule 17-1

21  for the issuance of a 17(b) witness subpoena for trial permits

22  the defense counsel to in effect obtain the blank subpoena from

23  the clerk's office and fill out that subpoena and serve that

24  subpoena provided that the defense represents -- and I'm

25  paraphrasing the rule -- that believes the defendant's unable

1  to pay the witness fees and the presence of the witness is

2  necessary to an adequate defense.

3      So you can use that subpoena for a trial witness in blank,

4  and as the Government would probably characterize it, the

5  secret subpoena.  But that in my view is the limitation on your

6  ability to use a blank subpoena.  Even under the situation

7  where you have a witness outside of the district, the Local

8  Rule 17-2 provides that you have to apply for the issuance of

9  the 17(b) subpoena to this Court or to a magistrate judge in

10  order to have the subpoena issued; and obviously that relates

11  to the costs involved in the subpoena.

12      So that's the situation with respect to trial subpoenas

13  and the use of the blank subpoenas.  I don't see anywhere, and

14  I don't have -- I looked now because I was interested in the

15  issue -- that 17(c) permits the Public Defender's Office from

16  simply taking a blank subpoena and including in that blank

17  subpoena a request for production of documents.  Under 17(c),

18  the statute is clear and the case law is clear that there is

19  some preissuance application that must be made to the Court in

20  order to issue a 17 -- Rule 17 subpoena -- Rule 17(c) subpoena

21  for the early production of documents.  So I'm interested in

22  knowing whether or not the Public Defender's Office or

23  particularly, I guess, if you want to speak for the Office or

24  not speak for the Office, what the public defender's practice

25  is with respect to 17(c).

1    It sounds to me like you have investigators out there who

2  simply take these subpoenas in a routine fashion and request

3  the production of the early return of documents under 17(c)

4  using a blank subpoena without any prior application or

5  authority from the Court and serve those subpoenas without

6  notice to anyone.

7            MR. CHOWDHURY:  Yes, Your Honor.  I can speak to

8  that.  Certainly I don't think I can speak for the Office, and

9  I'm certainly no long time veteran speaking from

10  three-and-a-half years experience in the office.  But I will

11  say that generally our practice is that it is, as the Court

12  describes, somewhat informal.  Usually these are very quickly

13  served.  I've served them myself in situations before an

14  evidentiary hearing where issues developed quickly.  We feel

15  that we're not getting documents we need.  Sometimes we serve

16  it upon the AUSA.  I've done that in certain situations where I

17  have a subpoena for the CVP or for a local law enforcement

18  office that the AUSA is working with and we think that we need

19  to get documents that we haven't gotten yet.  And yes, in those

20  situations an investigator will go out with a subpoena, serve

21  it on either the third party or the AUSA or I'll send it to the

22  AUSA.

23    And, Your Honor, my experience has been that this is a

24  relatively informal practice.  As the rules set out, as the

25  advisory notes say, discovery is largely meant to be dealt with

UNITED STATES DISTRICT COURT

1    between the parties; and that's my experience as to how it is

2    dealt with.  The parties talk to each other.  They try to

3    resolve it.  And usually what happens is, if we're not dealing

4    with a situation for a motion to quash, the parties talk about

5    the scope and they talk about the timing and they work that

6    out.

7              THE COURT:  Well, I understand that; but we're in a

8    different situation in this case.  There was no notice

9    apparently to the prosecutor in this case.  The subpoena looks

10   like it was -- at least a copy was signed on November 13 and

11   also had -- I don't know when it was served; but it had a

12   return date of November 25 which, in my view, is an

13   unreasonable amount of time.  But it seems to me -- it doesn't

14   seem to me.  It's pretty clear to me that under Rule 17(c) that

15   you needed to have the Court's approval for the issuance of the

16   subpoena.

17        I mean, obviously I encourage counsel to work out

18   discovery issues; but I also am not going to condone a

19   violation of the rules, especially Rule 17(c), because it's my

20   job under Rule 17(c) to make the determination as to whether or

21   not you've met the Nixon factors.  In this case, there was no

22   judicial oversight with respect to the issuance of this

23   subpoena; and in my view, the subpoena was void ab initio.  It

24   should have never been -- it should have never been prepared,

25   and certainly it should never have been served, and there is no

1    basis upon which the Office of the General Counsel would be

2    required to respond to a void subpoena.

3        So obviously I'm going to quash the motion.  And again,

4    I'm not trying to dissuade the parties from cooperating in

5    terms of the discovery process.  But one of the issues that

6    I'll get to later is the Government apparently had, during the

7    course of the meet and confer procedure which preceded the

8    filing of the joint report, there was a discussion.  And I went

9    back and looked at the joint report, and in Exhibit D there was

10    an issue with respect to the immigration file.  I have issues

11    with respect to the Government's response about the immigration

12    files, but I'll deal with that in a moment.

13        But my main goal is to make sure, from this point forward,

14    that we have a clear understanding in terms of how the defense

15    is going to proceed; and that also applies to the Government.

16    I don't think the Government has any special exemption under

17    17(c) for the early return of documents.  Obviously they have a

18    grand jury available, but that's a different issue.

19        So we have a clear understanding that, to the extent that

20    the defense is going to in the future seek to subpoena

21    documents prior to trial under 17(c), the defense is going to

22    have to make an application for preissuance authority for such

23    a subpoena.

24        Then the question becomes what is the nature of that

25    preissuance application?  And there's a number of ways to view

1    that.  Some of the case law requires the defendants to file a

2    motion.  I've read those cases; and I don't necessarily --

3    certainly a motion is appropriate; but if there is a reason why

4    the defense is not -- does not want to file a motion, i.e.,

5    that such a motion or such a showing in the motion would

6    disclose defense strategy or some other legitimate reason, I

7    don't believe that the defense should be obligated to file such

8    a motion on the public record and alert the Government in terms

9    of the theory of the defense or whatever the reason is.

10        So if we then look at it, okay, the motion is not going to

11   be required, so what are we going to require?  Then the next is

12   the ex parte procedure and what you attempted to do earlier on

13   this month was the in camera filing.  And I have no problem

14   with an in camera filing; but as I indicated when I returned

15   the in camera filing to you, there has to be a showing and it

16   can't be simply conclusions.

17        And it looked to me like what had happened was you simply

18   copied something from a prior case and didn't bother to change

19   the name of the defendant and they're just simply boilerplate

20   representations in terms of the necessity for the in camera

21   filing.  That's not going to be sufficient.  It's going to have

22   to be a declaration of counsel setting forth with some

23   specificity the reason why we're having -- why it's necessary

24   to have this in camera under seal filing.  And then I'll look

25   at the in camera under seal filing; and if I think it is

UNITED STATES DISTRICT COURT

```
 1   appropriate, I will go ahead and file it.

 2        Then the question becomes -- obviously the in camera

 3   filing is directed to the ex parte application which is going

 4   to set forth the showing necessary to issue a 17(c) subpoena.

 5   Before I get to that, let me just make sure that we have

 6   clarity in terms of the second issue with respect to the

 7   issuance of the subpoena -- and I've seen this before from the

 8   Public Defender's Office -- is making 17(c) subpoenas

 9   returnable to the Office of the Public Defender.  That is

10   absolutely in my view inappropriate and quite frankly is

11   sanctionable.

12        The only proper place for a subpoena to be returnable is

13   to the Court.  Then the question becomes, once we, the Court,

14   receive those documents, then -- and I'll discuss that later on

15   in the hearing, what to we do with those documents and how do

16   we handle those documents?  But any attempt to make a document

17   subpoena returnable to the Public Defender's Office is in my

18   view -- I'll be redundant -- sanctionable.  So what is the

19   practice?  And I've seen this on more than one occasion, and I

20   don't know if it's the practice of the Public Defender's Office

21   or it's not the practice of Public Defender.

22             MR. CHOWDHURY:  Your Honor, I can speak to that.  I

23   spoke to the investigator and the assistant who prepared the

24   filing.  It was not their intention to have it returnable to

25   the Public Defender's Office.  As you saw on the form, it says
```

```
 1    Courtroom 16.  The intention was to have it returned to the
 2    courtroom, and they put in the incorrect address putting our
 3    address in.  I think it was a fill-in template.  What happened
 4    is I think the template saves some things.  Because this is
 5    312, they started typing 3, and they got 321 East Second as
 6    opposed to 312 Spring Street.
 7          So the intention was to have it go to Courtroom 16.  I've
 8    spoken to other people about the subpoenas.  It is not the
 9    practice to list -- it's not the approved practice to list the
10    public defender's address for the return of the subpoena.  So I
11    agree with the Court that's not appropriate, and we won't be
12    seeing that in the future.
13          THE COURT:  Okay.  All right.  So we -- you agree
14    that you can't issue a 17 subpoena requesting the production of
15    documents before trial without obtaining the Court's approval?
16          MR. CHOWDHURY:  Your Honor, I understand the Court's
17    view on that; and looking at the rule right now, I think that
18    appears to be an appropriate reading of it.  I'll just say I
19    will go back and talk to my supervisor and to my co-counsel and
20    other people in the office and see what the Office's general
21    practice is as to that.
22          As I've said, my understanding and my practice and what
23    I've seen in other people's practices is that it is not
24    generally as formal a process as the Court has outlined.  I
25    understand the Court's reasons for --
```

1          THE COURT:  But there's a difference if you have a

2    hearing set and you have a trial date set.  I'm not sure that

3    the rule is any different, but I can see the informal practice

4    if you have an evidentiary hearing set and you need some

5    documents and you talk to the prosecutor and say we need these

6    documents and the prosecutor says, well, I don't have them so

7    you've got a third party who has the documents.  The Government

8    is plugged in, and a subpoena is served, and the documents are

9    produced.  I don't think it's appropriate, but I understand

10   that to -- and it's of assistance to the Court so the hearing

11   doesn't have to be continued while you go out to get authority

12   to serve the subpoena, and I probably would certainly approve

13   that kind of a request under most circumstances.  So I don't

14   want to discourage that.

15       But this is an entirely different situation.  This is the

16   return of documents some three or four months prior to trial

17   when those -- more importantly those documents are under

18   consideration in terms of being produced by the Government.  So

19   if your office's views or your co-counsel and your views are

20   different than what I've expressed today, then you can file

21   something with the Court; and I'll take a look at it.  But I've

22   spent an enormous -- not enormous but I've spent a considerable

23   amount of time because we deal with these issues not as -- not

24   in such a manner normally because they are worked out, and

25   typically the orders are issued fairly routinely.  But in this

particular case, given what happened in this case, I want to

make sure that we're on the same page, that we're not going to

have any investigators filling out 17(c) subpoenas and serving

those without the Court's involvement.

            MR. CHOWDHURY:  I understand that, Your Honor.

            THE COURT:  And certainly not returnable to the

Public Defender's Office.

            MR. CHOWDHURY:  Yes, Your Honor.

            THE COURT:  I also then believe that you can proceed

with an in camera filing in order to seal not only the in

camera filing but also the ex parte application which is going

to contain the showing necessary for the issuance of the 17(c).

But as I indicated -- and I don't want to be redundant --

you're going to need to make a showing in the in camera filing

as to why this needs to be in camera and not just simply

boilerplate conclusions, but it's going to have to be a

specific factual showing in a declaration of counsel.  Then I

will consider it.  As I said before, if the showing is

adequate, I believe that it is appropriate to file it in camera

under seal including the ex parte application.  And I'll let

the Government chime in here if the Government has a different

view.

            MS. HEINZ:  Your Honor, the Government would like

notice that a Rule 17(c) subpoena has been requested; and the

Government would like the opportunity, a very short time frame,

```
 1   three days, to be able to file something with the Court with
 2   respect to its position.
 3            THE COURT:  Why are you entitled to notice of the
 4   17(c) subpoena?  Under what authority?  If -- I'm just making
 5   this a hypothetical.  If this goes to trial strategy, the
 6   subpoena, why is the Government entitled to notice of the party
 7   to whom the subpoena is being directed and, more importantly, a
 8   description of the documents that are being sought?
 9            MS. HEINZ:  Your Honor, let me be more clear.  The
10   Government is not seeking a copy of the subpoena or copy of the
11   filing or even a copy of the name to which the subpoena is
12   directed.  The Government would just like the notice of the in
13   camera filing to state that it is an ex parte application for a
14   Rule 17 subpoena.  That is the only notice that the Government
15   is asking for.
16            THE COURT:  So what are you going to do with that
17   notice?
18            MS. HEINZ:  So that then the Government can file an
19   objection or at least a response to that --
20            THE COURT:  How are you going to file an objection?
21   What's the objection going to be?  You don't know the subpoena.
22   You don't know to whom it's directed.  So what's your
23   objection?
24            MS. HEINZ:  Your Honor --
25            THE COURT:  You don't have a copy of the subpoena.
```

UNITED STATES DISTRICT COURT

1        MS. HEINZ:  Your Honor, the Government would like

2    the opportunity to be able to make a filing with the Court.

3        THE COURT:  I understand that.  But what are you

4    going to say in the filing?  That we've gotten notice of a

5    17(c) subpoena.  We have no idea who it's directed to.  We have

6    no idea what the documents are that are sought by the subpoena.

7    We have no idea when it's returnable.  So what are you going to

8    object to?

9        MS. HEINZ:  Oftentimes, Your Honor, the Government

10   does have an inclination of what it is.

11       THE COURT:  Of course you're going to have an

12   inclination because most of the people who get the subpoena are

13   going to call up the prosecutor, your office, and say I've

14   gotten this subpoena.  It's burdensome.  It's oppressive.  And

15   what am I going to do about it?  That's where you'll get your

16   notice.

17       MS. HEINZ:  Well, sometimes, Your Honor, and

18   sometimes we just have an inclination of what kind of subpoena

19   it might be.  In any case the Government would like the

20   opportunity to address the Court to brief the law and if --

21       THE COURT:  Okay.  You can file something next week

22   telling me what your authority is for having notice of a filing

23   that the defense has in camera requested a 17(c) subpoena.  I

24   don't see any, but to me it was a nonissue.  If you want to

25   raise an issue, you can go ahead and file something.  But as

 1    far as I'm concerned, if the defense makes an adequate showing,

 2    the Government is not entitled to any notice whatsoever.

 3            MS. HEINZ:  Yes, Your Honor.  We will file

 4    something, Your Honor.

 5            THE COURT:  All right.  Then the next issue relates

 6    to the showing that must be made in the ex parte application

 7    for the issuance of a 17(c) subpoena.  I don't think, based

 8    upon my review of the case law, that there's really any

 9    argument or persuasive argument that the -- that both a

10    subpoena duces tecum under 17(c) issued to a third party as

11    well as to the Government must make the showing as set forth in

12    the Nixon case.  The Nixon factors which we're all familiar

13    with need to be met in such a subpoena.

14        I had thought that there was a distinction between a

15    subpoena duces tecum to a third party and a subpoena that would

16    be issued to the Government; but based upon my review of the

17    Ninth Circuit case law, United States versus Fields,

18    663 F.2d 880, and then United States versus Villa, V-i-l-l-a,

19    which is actually an unreported case at 503, and United States

20    versus Reed which is another Ninth Circuit case 726 F.2d 570,

21    and there's a number of district court cases, it seems to me

22    that the showing necessary for a subpoena to the Government

23    such as a subpoena to the Government agency in this case which

24    was issued and a third party subpoena all need to -- that the

25    defense or the party who's seeking the subpoena must make a

```
 1    showing that's required under United States versus Nixon.

 2        Any disagreement with that?

 3             MR. CHOWDHURY:  Your Honor, I don't believe I

 4    disagree; and if we do, we'll address that if there's that

 5    filing as to the 17(c) --

 6             THE COURT:  You're going to have to keep your voice

 7    up.

 8             MR. CHOWDHURY:  I don't believe I disagree.  If

 9    there's any disagreement, then we'll include it in any filing

10    that the Court has directed us to make if we disagree with the

11    17(c) procedure.  But I will say I can address, because I think

12    it's going to come up here, the Nixon factors in relation to

13    this request.  We made the showing in our ex parte filing,

14    but --

15             THE COURT:  Well, I disagree.  I've reviewed the

16    ex parte filing, and the only showing that was made in the

17    ex parte filing is relevance.  That's the only Nixon factor

18    that you addressed, and it's fatally defective.  Even if I were

19    to assume a post issuance of subpoena filing was appropriate,

20    which I conclude it's not, the showing under Nixon was totally

21    inadequate especially in light of the conversations that the

22    defense is having with the Government with respect to its

23    apparent willingness to produce what it views to be

24    discoverable in the immigration file.

25             MR. CHOWDHURY:  I understand, Your Honor.  Can I
```

**UNITED STATES DISTRICT COURT**

1    just briefly be heard on that point?

2              THE COURT:  Which point?

3              MR. CHOWDHURY:  On the Nixon factors and the

4    appropriateness of seeking this through a subpoena when we've

5    already made a discovery request to the Government?

6              THE COURT:  All right.

7              MR. CHOWDHURY:  All right.  In looking at the Nixon

8    factors and just starting with the Rule 17-2, subpoena should

9    be quashed if compliance should be unreasonable or oppressive.

10   I don't think anyone is arguing that asking for a 1-A file

11   which is probably 40 pages -- and A files are produced

12   immediately as the Court is aware in illegal re-entry cases,

13   cases every day -- is in any way oppressive or burdensome.

14   It's not a fishing expedition.  We're not asking them to go

15   trolling through files and many files and do searchs.  It's one

16   file.  It's one manila folder.

17        As to unreasonable, again, looking just at Rule 17-2,

18   we're talking about the CHS who is at the center of this case

19   who has spent many years in Pakistan and who is a naturalized

20   citizen and is -- undoubtedly I don't think it takes much

21   imagination to determine is at the center of this case.

22        So whether we're looking at it under the scope of

23   Rule 16 -- and I'd refer the Court and the Government to

24   Hernandez-Meza, the case that just came out in June,

25   720 F.3d 760, 765, which takes a very broad view of the Rule 16

1    material to the defense standard, and we're in a situation

2    where the subpoena went out.  And just to let the Court know

3    why the subpoena went out, at the initial hearings the Court

4    was encouraging the defense to issue any subpoenas we wanted to

5    issue or needed to issue to get that done quickly.  And the

6    request was made to the AUSA, and the AUSA took the view it

7    would review.  It didn't think anything was relevant.  As set

8    out in its papers, it thinks its only possible relevance is to

9    impeachment.  We disagree.

10        In that situation and given the case law we've set out in

11    our briefs, we do think that we can try to seek those documents

12    through 17(c).

13            THE COURT:  I'm not precluding you from refiling.

14            MR. CHOWDHURY:  Sure, Your Honor.

15            THE COURT:  But I'm not going to -- today is a very

16    simple issue before me, and it's an easy ruling because the

17    subpoena is void ab initio.  But I wanted to discuss procedures

18    more than anything in terms of what I'm going to -- what I

19    think the law requires in terms of future efforts to obtain

20    documents under 17(c).  And obviously the Government has a view

21    on notice which I'm interested in hearing because I don't want

22    to -- I want to put these issues to rest today on a going

23    forward basis so we're all on the same page and we can work

24    efficiently and expeditiously to get through these difficult

25    discovery issues.

```
 1              MR. CHOWDHURY:  I understand.

 2              THE COURT:  I don't disagree with you with respect

 3    to the production of the immigration files in general; and

 4    that's something that I wanted to, as long as we're here,

 5    discuss in terms of why a 17(c) subpoena is going to be

 6    necessary if my view of the cooperative nature of the

 7    Government in the joint report and her willingness to provide

 8    basically an open file discovery, why that can't be

 9    accomplished without the necessity of a subpoena; but that's a

10    different issue.

11              MR. CHOWDHURY:  I understand, Your Honor.  So I

12    think I fully understand the Court's instructions and the

13    Court's view as to procedure.  I'll make sure that's conveyed

14    to everyone on the team that we don't find ourselves in that

15    situation again.

16              THE COURT:  The final issue, which I haven't

17    resolved in my mind, is what happens when the documents are

18    delivered?  Who gets the -- who has access to those documents?

19    I know there's one -- I've used this in the past where I have

20    had the defense come in, look at the documents, and identify

21    those documents which it believes are evidentiary and which are

22    going to be used at trial and then allowed -- not allowed but

23    those are the documents that are going to be of assistance in

24    the preparation of the defense at trial, and those documents

25    are copied and provided to the defense.  And then obviously,
```

depending upon what they are, under Rule 16 there's a
reciprocal obligation to provide the Government with those
documents.  That's one way I've handled it.

I don't know if counsel have any differing views.  I guess
we'll wait until we have that issue live.  And then after the
documents are here, I will invite the parties to provide me
with their views, now that we have them, what do we do with
them?

MR. CHOWDHURY:  Yes, Your Honor.  Honestly, I've
never been in that situation before.  So I haven't really --

THE COURT:  I mean, sometimes I just simply have
Shannon send out a minute order saying the documents are here,
both parties can come in and inspect the documents when they
want.  Again, I'm particularly sensitive to the defendant's
rights to prepare his case; and I don't believe that the
Government has any right to be able to be advised of -- on that
issue.

In any event, that's an issue that I think I would be
interested in hearing from counsel when it does arise.  So
that's what I think would be helpful and why I wanted to spend
some time and also reheeding my own memory of 17(c) and looking
at some of the case law because it gets somewhat -- it's not an
issue that we deal with all the time.  It's one that I needed
to refresh myself on.

So if the Government has anything with respect to the

1   procedures going forward other than the notice issue which

2   you're going to advise me of the authority as to why the

3   Government is entitled to receive notice of an in camera filing

4   seeking the issuance of a 17(c) subpoena, I'll move on.

5            MS. HEINZ:  Your Honor, the only thing the

6   Government would ask is that, if there are any other void

7   subpoenas that are out there that have been served on people,

8   that the defense counsel please be ordered to withdraw those.

9            THE COURT:  Well, I assume that they would.

10       Are there any out there?

11           MR. CHOWDHURY:  Not to my knowledge, Your Honor, but

12  I will review.

13           THE COURT:  All right.  And I assume that you will,

14  based upon this conversation, withdraw them.  There have not

15  been any subpoenas that have been ordered or authorized by this

16  Court.  So any subpoenas that are out there under 17(c) is

17  void.

18       Anything else?

19           MS. HEINZ:  No.  Nothing further, Your Honor.

20           THE COURT:  As far as this motion to quash is

21  concerned, I had spent some time preparing a ruling; but I

22  don't think it's necessary to burden the record with a ruling

23  based upon the discussion that we had.  I'll incorporate that

24  discussion into a shorter form of ruling.

25       The first -- first let me ask if you want to add anything

**UNITED STATES DISTRICT COURT**

1  to either the opposition or the motion.

2          MR. CHOWDHURY:  No, Your Honor.

3          MS. HEINZ:  No, Your Honor.

4          THE COURT:  All right.  The first is that I agree

5  with the Government that it has standing to move to quash the

6  subpoena, and I also agree that the -- I don't agree but I

7  conclude that the subpoena is void.  The defendant unilaterally

8  used the blank subpoena and improperly served that subpoena.

9  And although the defendant has attempted to remedy that problem

10  in the in camera filing, one, I don't think that in camera

11  filing meets the Nixon factors, albeit, it may discuss

12  relevance, it fails to address the remaining Nixon factors.

13  And without the initial -- without the approval of the Court, I

14  view that the subpoena is void; and I will grant the

15  Government's motion to quash.

16      But then that raises the -- so that will be the ruling on

17  the motion.  And again, I'm not going to burden the record with

18  my long form ruling because I think it's pretty clear that the

19  subpoena is void.

20      But I am now going to address the issue of why these --

21  well, I guess one is a timing issue.  The Government in its

22  opposition indicated that it had had discussions with the

23  Public Defender's Office with respect to the production of the

24  immigration files.  I'm not sure that discussion -- maybe it

25  did, but I'll ask for clarification from the Government as to

1    whether or not that discussion included both of the immigration

2    files -- let me make sure.  Actually, it looks like -- I don't

3    know if they're three separate files or not but potentially

4    could be three separate immigration files.

5         And my question for the Government is one of timing.  You

6    indicate that your -- I think you indicated, but correct me if

7    I'm wrong -- that you have asked for those files to be produced

8    and you're going to review those files and then make production

9    based upon your review of those files.

10             MS. HEINZ:  That is correct, Your Honor.

11             THE COURT:  So when?

12             MS. HEINZ:  Your Honor, the most recent information

13   we have this morning is that one of the files -- we believe it

14   is the one that is for the mother -- is currently in Santa Ana

15   and will momentarily be delivered to this -- to the ICE special

16   agent and then come to me.

17        Again, I haven't seen these files; so I'm relying on

18   things in databases that aren't always correct.  I believe the

19   mother's file may be the primary file, and she may have been

20   the primary petitioner, and then the rest of the family were

21   simply beneficiaries of that file.  So that file I will be able

22   to review shortly I believe.

23             THE COURT:  I don't know what shortly is.

24             MS. HEINZ:  Shortly would be next Monday or Tuesday.

25             THE COURT:  All right.

**UNITED STATES DISTRICT COURT**

1          MS. HEINZ:  The file that is actually connected to

2     the confidential source we believe is still back in storage.

3     It was ordered expedited.  Excuse me.  If I could just confer

4     for a moment with Mr. Rund.

5          THE COURT:  Sure.

6          MS. HEINZ:  Okay.  So that file was actually ordered

7     on November the 6th.  It apparently did not move despite the

8     order.

9          THE COURT:  It did not what?

10          MS. HEINZ:  It did not move out of the storage

11     facility despite the fact it was ordered on November the 6th.

12          THE COURT:  It has legs that are going to move

13     itself?  Well, you know --

14          MS. HEINZ:  Your Honor, anyway --

15          THE COURT:  Let me cut through all of this because I

16     know everybody wants to get out of here.  We have the general

17     counsel here; correct?

18          MR. RUND:  Correct.

19          THE COURT:  Is there any reason why all of the files

20     that were subpoenaed -- I mean, you were compelled pursuant to

21     the subpoena, if I didn't issue the order, to deliver them on

22     November 25; and I can't see why all three files, four files,

23     whatever the range of documents are that are contained in these

24     files, why they can't be provided to the prosecutor next week.

25          MR. RUND:  It's my understanding that two of the

```
 1   files that they should be --
 2            THE COURT:  Well, I'm not going to have
 3   understandings because I'm going to make a specific order that
 4   those files be produced to the prosecution by no later than
 5   noon next Wednesday.  Is there a problem with complying with
 6   that order?
 7            MR. RUND:  No, Your Honor.
 8            THE COURT:  Then we have that issue solved.  We're
 9   not dealing with understandings or shortly or maybe or it was
10   ordered on the 6th and it didn't walk out of the file room.
11   We've got individuals who are responsible for producing these
12   matters; and if it's not produced, then you're going to come
13   back in here and tell me why it's not produced by Wednesday
14   noon.
15            MR. RUND:  Yes, Your Honor.
16            THE COURT:  And then after you get those files, how
17   long is it going to take you -- do you have any idea how large
18   these files are?
19            MR. RUND:  I have no idea, Your Honor.
20            THE COURT:  In the normal case?
21            MR. RUND:  I mean, it would depend on what the
22   applications are that are in the files and how they came into
23   the country, what their immigration history is.  It could be a
24   very small file.  It could be extremely large.
25            THE COURT:  All right.  I take it then, when you get
```

**UNITED STATES DISTRICT COURT**

```
 1    them at noon on Wednesday and presumably you get the other one

 2    earlier than that, you'll be able to begin and hopefully

 3    complete your review by the end of the week?

 4               MS. HEINZ:  Yes, Your Honor.

 5               THE COURT:  All right.  And then you'll be able to

 6    get ahold of defense counsel and talk about what the Government

 7    is going to disclose and what it's not going to disclose.

 8               MS. HEINZ:  Yes, Your Honor.

 9               THE COURT:  All right.  Then that sounds to me like

10    at least it's a first baby step to -- okay.  Do you have

11    anything you wish to add?

12               MR. CHOWDHURY:  No, Your Honor.  Have a good

13    holiday.

14               THE COURT:  Okay.  You too.  All right.  Unless

15    there's anything else, that will conclude the hearing.

16               MS. HEINZ:  Nothing further, Your Honor.  Thank you.

17               MR. RUND:  Thank you.

18               THE COURT:  And I do have the revised joint

19    stipulation regarding the continuance of the trial date which

20    I'll sign today.  I just wanted to go back and make sure -- I'm

21    sure the dates are accurate, but that will be signed and filed

22    today.

23               MR. CHOWDHURY:  Thank you, Your Honor.

24               MS. HEINZ:  Thank you, Your Honor.

25          (Proceedings concluded at 10:50 a.m.)
```

```
 1                    CERTIFICATE OF OFFICIAL REPORTER

 2

 3

 4

 5              I, MIRANDA ALGORRI, FEDERAL OFFICIAL REALTIME

 6   COURT REPORTER, IN AND FOR THE UNITED STATES DISTRICT COURT FOR

 7   THE CENTRAL DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT

 8   PURSUANT TO SECTION 753, TITLE 28, UNITED STATES CODE THAT THE

 9   FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE

10   STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE

11   ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN

12   CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF

13   THE UNITED STATES.

14

15                            DATED THIS  30TH  DAY OF DECEMBER, 2013.

16

17

18                            /S/ MIRANDA ALGORRI

19                            MIRANDA ALGORRI, CSR NO. 12743, CRR
                              FEDERAL OFFICIAL COURT REPORTER
20

21

22

23

24

25
```

**UNITED STATES DISTRICT COURT**