UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- SENTENCING

Case No.   **CR 13-736-JFW**                                                Dated: June 30, 2014

======================================================================
PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | Miranda Algorri | Judith A. Heinz |
| Courtroom Deputy | Court Reporter | Deirdre Z. Eliot |
| | | Asst. U.S. Attorney |

Interpreter: None

======================================================================
U.S.A. vs (Dfts listed below)                    Attorneys for Defendants

1)   Sinh Vinh Ngo Nguyen                        1)   Yasmin Cader, DFPD
     present in custody                               Ashfaq G. Chowdhury, DFPD
                                                      present appointed

_____

PROCEEDINGS:   **SENTENCING**

Case called, and counsel make their appearance.

Court imposes sentence on defendant.  For the terms and conditions of the sentencing, refer to Judgment and Probation/Commitment Order.

Statement of Reasons processed.

Judgment entered, filed and distributed.

Initials of Deputy Clerk   sr
2/00